IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| TWIST AERO, LLC | * | CASE NO. 3:19-cv-00337 |
|---|---|---|
| Plaintiff | | JUDGE THOMAS M. ROSE |
| | | MAGISTRATE JUDGE SHARON |
| vs. | * | L. OVINGTON |
| B GSE GROUP, LLC | | |
| | | **ENTRY AND ORDER GRANTING THE JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT B GSE GROUP, LLC TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF JURISDICTION** |
| Defendant | * | |

This matter came before the Court on the parties' Joint Motion for Third Extension of Time to Reply in Support of Defendant B GSE Group, LLC's Motion to Dismiss for Lack of Jurisdiction. The Court, being in all things duly advised, now GRANTS that Motion.

It is therefore ORDERED, that Defendant B GSE Group, LLC is granted the requested extension of time to file its reply in support of Motion to Dismiss for Lack of Jurisdiction (Doc.#17) up to and including **April 6, 2020.**

IT IS SO ORDERED.

March 26, 2020                                    *s/Sharon L. Ovington*
                                                             Sharon L. Ovington
                                                             United States Magistrate Judge