# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TWIST AERO, LLC, | : |
|     Plaintiff, | : Case No. 3:19-cv-00337 |
| vs. | : District Judge Thomas M. Rose |
| | : Magistrate Judge Sharon L. Ovington |
| B_GSE GROUP, LLC, | : **DECISION AND ENTRY** |
|     Defendant. | : |

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (ECF. No. 38), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on October 20, 2020 (ECF No. 38) is ADOPTED in full;

2. Defendant B_GSE Group LLC's Alternative Motion to Transfer Venue to the U.S. District Court for the Western District of North Carolina (ECF No. 17) is GRANTED;

3. The Clerk of Court is directed to transfer this case to the U.S. District Court for the Western District of North Carolina, Charlotte Division; and

4. The case is terminated on the docket of this Court.

November 10, 2020          *s/Thomas M. Rose

                                                  Thomas M. Rose
                                             United States District Judge