IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00628-RJC-DSC

| | |
|---|---|
| TWIST AERO LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| B GSE GROUP LLC, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Richard A. Talda and Daniel J. Gentry]" (document # 42-43) filed November 17, 2020. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: November 17, 2020

_David S. Cayer_
United States Magistrate Judge